1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER SCRUTON, | Case No.: SA CV11-01148 JST (MLGx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| ETHICON, INC.; ETHICON, INC., doing business as ADVANCED STERILIZATION PRODUCTS; ETHICON, INC., doing business as ASP; JOHNSON & JOHNSON, | |
| Defendants. | |

1       This action came on for hearing before the Court, on August 31, 2012, the

2 Hon. Josephine Staton Tucker, Judge Presiding, on a Motion for Summary

3 Judgment by Defendants Advanced Sterilization Products Division of Ethicon,

4 Inc., Ethicon, Inc., and Advanced Sterilization Products Services, Inc.

5 (collectively, "Defendants").

6       The evidence presented having been fully considered, the issues having

7 been duly heard and a decision having been duly rendered, on September 12, 2012,

8 this Court granted Defendants' Motion for Summary Judgment and having ordered

9 entry of judgment as requested in the Motion,

10       **IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

11       Plaintiff Christopher J. Scruton shall take nothing by this action and this

12 action in its entirety shall be dismissed with prejudice on its merits.

13

14

15 Dated:  October 02, 2012

16

17                     THE HON. JOSEPHINE STATON TUCKER

18

19

20

21

22

23

24

25

26

27

28

1